**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 08, 2014
Docket #: 14-1367cv
Short Title: Williams v. Shah

DC Docket #: 12-cv-3953
DC Court: EDNY (BROOKLYN)
DC Judge: Mauskopf
DC Judge: Levy

## NOTICE OF EXPEDITED APPEAL

By notice filed April 25/2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than **June 12, 2014**, 35 days from the date of this notice. Appellee's brief is due no later than **July 17, 2014** or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8576.